139

DISANTO, M.

v.

BD. OF COMM. OF SUSQUEHANNA
TWP., et al.

679 CD 2016

Commonwealth Court of Pennsylvania.

06/01/2017

Dauphin County Civil Division, 2015–CV–1203–LU

Affirmed

BLYTHE, T.

v.

PENNDOT

834 CD 2016

Commonwealth Court of Pennsylvania.

06/01/2017

Chester County Civil Division, 15–00416–CV

Affirmed

NATIONAL FUEL GAS, et al.

v.

DEP

116 CD 2016

Commonwealth Court of Pennsylvania.

06/02/2017

Environmental Hearing Board, EHB Docket No. 2013–206–B

Vacated/Remanded

MCSPARRAN, P.

v.

WCAB (COMMONWEALTH)

1571 CD 2016

Commonwealth Court of Pennsylvania.

06/02/2017

Workers' Compensation Appeal Board, A16–0373

Affirmed